1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kevin Y. Teruya (Bar No. 235916)
2  kevinteruya@quinnemanuel.com
   Adam B. Wolfson (Bar No. 262125)
3  adamwolfson@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone:     (213) 443 3000
5  Facsimile:     (213) 443 3100

6  Attorneys for Intuit Inc. and Intuit Payment Solutions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| INTUIT INC. and INTUIT PAYMENT SOLUTIONS, LLC, | |
|---|---|
| Plaintiffs, | CASE NO.: |
| v. | **PLAINTIFFS INTUIT INC. AND INTUIT PAYMENT SOLUTIONS, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
| VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, and MASTERCARD INTERNATIONAL INCORPORATED, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Intuit Inc.
- Intuit Payment Solutions, LLC
- Visa U.S.A. Inc.
- Visa International Service Association
- Visa Inc.
- Mastercard Incorporated
- Mastercard International Incorporated

Dated:  February 19, 2021

Respectfully submitted,

By: /s/ *Adam B. Wolfson*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443 3000
Facsimile:      (213) 443 3100

Attorneys for Intuit Inc. and
Intuit Payment Solutions, LLC