QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443 3000
Facsimile:     (213) 443 3100

Attorneys for Intuit Inc. and Intuit Payment Solutions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC. and INTUIT PAYMENT SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, and MASTERCARD INTERNATIONAL INCORPORATED,<br><br>Defendants. | CASE NO.:<br><br>**PLAINTIFFS INTUIT INC. AND INTUIT PAYMENT SOLUTIONS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC, by their undersigned counsel, hereby make the following disclosures:

Intuit Inc. is a publicly held company organized and existing under the laws of the State of Delaware. Intuit Inc. has no parent company, and no other publicly traded corporation owns ten percent or more of Intuit Inc.'s stock.

Intuit Payment Solutions, LLC is a limited liability company organized and existing under the laws of the State of California. Intuit Inc. is the sole parent company of Intuit Payment Solutions, LLC, and no other publicly traded corporation owns ten percent or more of Intuit Payment Solutions, LLC's stock.

Dated: February 19, 2021

Respectfully submitted,

By: /s/ Adam B. Wolfson
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443 3000
Facsimile:   (213) 443 3100

Attorneys for Intuit Inc. and
Intuit Payment Solutions, LLC